MICHELE BECKWITH
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00155-DC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JUSTIN SOLDONZ, | |
| Defendant. | |

Based on the United States' Motion to Dismiss, document number 41, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against Justin Soldonz is DISMISSED and any pending warrant is RECALLED.

IT IS SO ORDERED.

Dated: **May 16, 2025**

_____
Dena Coggins
United States District Judge